**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HAROLD DAVIS,
632 San Fernando Avenue
Berkeley, CA 94707

Plaintiff,

v.

HEARST COMMUNICATIONS, INC.,
111 Eighth Avenue
New York, NY 10011

Defendant.

Civil Action No.:

COMPLAINT AND JURY DEMAND

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, HAROLD DAVIS ("Plaintiff"), brings this complaint in the United States District Court for the District of Columbia against HEARST COMMUNICATIONS, INC. ("Defendant"), alleging as follows:

PARTIES

1. Plaintiff is an internationally-known digital artist and award-winning professional photographer. Davis is also the author of many bestselling photography books including: *The Way of the Digital Photographer* (Peachpit Press, awarded as a Best Photography Book of the Year by Photo.net); *Achieving Your Potential As a Photographer: A Photographer's*

*Creative Companion and Workbook* (Focal Press); and *Photographing Flowers* (Focal Press, rated the Best Guide to Flower Photography by Digital Photographer Magazine).

2. Plaintiff is an Adobe Influencer, a Moab Master printmaker and a Zeiss Lens Ambassador. Davis's photographs have been licensed by art publishers, corporations, and online and print publications throughout the world.

3. Plaintiff's work has been exhibited in venues worldwide including but not limited to: Photokina (Cologne, Germany); PhotoPlus Expo (New York, New York); Weston Gallery (Carmel, CA); the Gallery Photo in (Oakland, California); the Arts & Friends Gallery (Heidelberg, Germany); and the Awagami Gallery (Tokushima, Japan).

4. On information and belief, Defendant is a corporation existing under the laws of the State of Delaware, with headquarters in New York City, New York. Defendant is one of the nation's largest diversified media, information, and services companies with more than 360 businesses. Defendant publishes more than 300 magazines, including *Marie Clare*.

## JURISDICTION AND VENUE

5. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

6. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

7. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b)(1) and 28 U.S.C. § 1391(c)(2), in that Defendant: (1) directed electronic activity into the State (District); (2) with the manifested intent of engaging in

business or other interactions within the State (District); and (3) that activity created, in a person within the state, a potential cause of action cognizable in the State's (District's)courts.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

8. Plaintiff captured the photograph, "Waves on the Shore" ("Copyrighted Photograph") on April 13, 1997 at the Western tip of Point Reyes, Point Reyes National Seashore, California. [Exhibit 1]. Plaintiff captured the Copyrighted Photograph using great technical skill and careful timing, as well at great time and expense including the cost of traveling to Point Reyes National Seashore and hiking to the location from which he captured the image.
9. On or about April 18, 2006, Plaintiff posted the Copyrighted Photograph on www.flickr.com/photos/harold_davis/128958209 (Last visited May 22, 2017). [Exhibit 2].
10. Plaintiff registered Copyrighted Photograph with the United States Copyright Office on May 18, 2016 (Registration No.: VA 2-007-233). [Exhibit 3].
11. Beginning on or about May 15, 2008, Defendant copied and posted the Copyrighted Photograph to the Defendant's commercial website, www.marieclare.com (Last visited May 22, 2017).
12. Defendant posted the Copyrighted Photograph to the following URL:
    - www.marieclaire.com/sex-love/a1624/defining-romance-part-two-080516 (Last visited May 22, 2017). [Exhibit 4].
13. On or about October 15, 2015, Defendant removed the Copyrighted Photograph from the URL detailed in Paragraph 12.

14. On or about September 2015, Plaintiff enlisted the services of Pixsy (www.pixsy.com), a company that performs reverse searches online for their client's photographs.

15. Plaintiff first learned of the infringement alleged in the Complaint after enlisting the services of Pixsy.

16. Prior to the infringement alleged in the Complaint, Plaintiff had never performed work for *Marie Clare*, visited the website, www.marieclare.com, nor had the occasion to read the print version of *Marie Clare*.

COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. §101 ET SEQ.

17. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

18. Plaintiff is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright with respect to certain photographs, including but not limited to the Copyrighted Photograph of which is the subject of a valid application for a Certificates of Copyright Registration issued by the Register of Copyrights.

19. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Photograph and to distribute the Copyrighted Photograph to the public.

20. Plaintiff is informed and believes Defendant, without the permission or consent of Plaintiff, has copied and used the Copyrighted Photograph on Defendant's public website, www.marieclare.com. In doing so, Defendant violated Plaintiff's exclusive rights of

reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyrights and exclusive rights under copyright.

21. Plaintiff is informed and believes that the foregoing acts of infringement were willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

22. As a result of Defendant's infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to actual damages, including profits derived from the infringement, pursuant to 17 U.S.C. § 504(b).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Defendant, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C. Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by Defendant by their infringement of Plaintiff's copyright or such damages as are proper, and since Defendant intentionally infringed Plaintiff's copyright, for the maximum allowable statutory damages for each violation;

D. Awarding Plaintiff actual damages for Defendant's copyright infringement in an amount to be determined at trial;

E. Awarding Plaintiff such other and further relief as is just and proper.

JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: May 22, 2017

___/s/___*David C. Deal*______________

David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile
*Attorney for Plaintiff*

EXHIBIT 1



EXHIBIT 2


https://www.flickr.com/photos/harold_davis/128958209/
Search
flickr
Explore
Create
Photos, people, or groups
Log In
Sign Up
Back to photostream
Harold Davis
+ Follow
Waves on the Shore
PRO
© Harold Davis
6,693
views
4
faves
13
comments
Taken on April 13, 2006
All rights reserved

# EXHIBIT 3

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=VA0002007233&Search_Code=REGS&PID=EKSetFG4pBRWT9SU7TOnMyxSv&SEQ=2017052

Copyright United States Copyright Office

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002007233
Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Group Registration of Published Photographs, Harold Davis, published...***

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002007233 / 2016-05-18
**Application Title:** Group Registration of Published Photographs, Harold Davis, published January 2, 2006, to November 30, 2006; 705 photos.
**Title:** Group Registration of Published Photographs, Harold Davis, published January 2, 2006, to November 30, 2006; 705 photos.
**Description:** Electronic file (eService)
**Copyright Claimant:** Harold Davis. Address: 632 San Fernando Ave, Berkeley, CA.
**Date of Creation:** 2006
**Date of Publication:** 2006-01-02
**Nation of First Publication:** United States
**Authorship on Application:** Harold Davis; Citizenship: United States. Authorship: photograph.
**Copyright Note:** C.O. correspondence.
**Contents:** Family, November 30, 2006; Papaver Birth, November 29, 2006; Estero Crossing, November 29, 2006; Drakes Estero, November 29, 2006; Homeward Trail, November 29, 2006; Approaching Rain, November 28, 2006; Crassula argentea 1, November 28, 2006; Crassula argentea 2, November 28, 2006; Bridge and Labyrinth, November 27, 2006; Pine Mountain Summit Looking North, November 24, 2006; Sunset from Upper Dwight, November 24, 2006; Alstromeria 1, November 22, 2006; Alstromeria 2, November 22, 2006; Pink Gladiolus 2, November 22, 2006; Pink Gladiolus 1, November 22, 2006; Bridge and Cloud, November 21, 2006; Golden Gate and Mount Tam Sunset, November 21, 2006; Bay and Sky, November 20, 2006; Red Bridge Sunset, November 20, 2006; Mathew, November 20, 2006; Beauty and the Beast, November 20, 2006; Snow Tree, November 20, 2006; Popping, November 19, 2006; November Sunset in the Bay, November 19, 2006; Bamboo 2, November 18, 2006; Bamboo 1, November 18, 2006; Golden Gate Bridge Reflections, November 17, 2006; Caress, November 16, 2006; Golden Gate Crossing, November 14, 2006; Golden Gate Twilight, November 14, 2006; Golden Gate and San Francisco, November 13, 2006; Clouds and Reflection, November 13, 2006; Orchidaceae 2, November 13, 2006; Orchidaceae 1, November 13, 2006; View from Bodega Head, November 13, 2006; Waves 1, November 13, 2006; Waves 2, November 13, 2006; Jasmine's Shadow, November 10, 2006; Water Drops and Sunshine, November 8, 2006;.

Bougainvillea Shadow, November 8, 2006; Simple Drop, November 7, 2006; European Garden Spider, November 7, 2006; Golden Gate and Mt Tam from Berkeley, November 7, 2006; Alstroemeria and Water Drops 2, November 6, 2006; Alstroemeria and Water Drops, November 6, 2006; Richmond and Mount Tamalpais, November 5, 2006; Rising Moon, November 5, 2006; Upper and Lower Yosemite Falls, November 4, 2006; Dried Clematis, November 3, 2006; Ice Storm in Yosemite, November 2, 2006; Hellebore Leaf 2, November 1, 2006; Hellebore Leaf 3, November 1, 2006; Hellebore Leaf, October 31, 2006; Star Jasmine 3, October 31, 2006; Star Jasmine 2, October 30, 2006; Star Jasmine, October 30, 2006; Fireworks (Papaver), October 29, 2006; Cone Flower Photogram.jpg, October 29, 2006; Pistil 2.jpg, October 28, 2006; Pistil 1.jpg, October 28, 2006; Jet Engine (Fuschia), October 28, 2006; First Blush Variation, October 27, 2006; First Blush, October 27, 2006; Zip-a-dee-doo-dah!, October 25, 2006; Alyssum, October 25, 2006; Papaver pistils and pollen, October 24, 2006; Julian, October 23, 2006; Fuschia 2, October 21, 2006; Fuschia, October 21, 2006; In Beauty Lies Salvation, October 20, 2006; Julian Climbing Indian Rock, October 20, 2006; Petal, October 18, 2006; Gazania 2, October 17, 2006; Gazania 1, October 17, 2006; Butterfly 2, October 16, 2006; Butterfly, October 16, 2006; Three Oregano Flower Petals, October 15, 2006; Papaver nudicaule, October 14, 2006; Origanum rotundifolium, October 14, 2006;.

Oregano Leaves, October 14, 2006; Sunlight Star Bright, October 14, 2006; Elephant Rock in the Snow, October 12, 2006; Hibiscus Flower, October 10, 2006; Mallow 3, October 10, 2006; Water Drops and Toad Lilies, October 9, 2006; Sinking Sun, October 8, 2006; Bee on Dahlia, October 8, 2006; Worlds Within, October 8, 2006; City and Fog Bank, October 7, 2006; Cloud, October 6, 2006; Clematis II, October 4, 2006; Clematis, October 4, 2006; Colorado River and Golden Shores, October 4, 2006; Maple Leaf, October 3, 2006; Dandelion I, October 2, 2006; Dandelion III, October 2, 2006; Lobelia I, October 1, 2006; Lobelia II, October 1, 2006; Glacier Point Cliff, September 30, 2006; Ducky, September 30, 2006; Bangui, September 30, 2006; Wet Rose Petal, September 29, 2006; Venetian Blind, September 29, 2006; Capillarity III, September 29, 2006; Looking up from Camp Curry, September 28, 2006; Core of the Anemone, September 28, 2006; White Anemone 2, September 28, 2006; White Anemone, September 28, 2006; Golden Gate Bridge from the Berkeley Pier, September 28, 2006; Eye, Butterfly, September 27, 2006; Citherius aurina lquitos 2, September 27, 2006; Citherius aurina lquitos, September 27, 2006; Morning Fog over Oakland, September 27, 2006; Sun and Bridge, September 26, 2006; Zulu Prince, September 26, 2006; Dangling Conversation, September 25, 2006; Dropped in his tracks, September 25, 2006; Mighty Mite, September 25, 2006; Turkey Feather, September 25, 2006;.

Cosmos Sulphureus, September 24, 2006; Papaver Rhoeas, September 24, 2006; Leaf Within, September 24, 2006; Black Anemone 1, September 23, 2006; Anemone Japonica 4, September 23, 2006; Anemone on Black, September 23, 2006; Anemone Japonica 2, September 23, 2006; Anemone Japonica 3, September 23, 2006; Anemone Japonica 1, September 23, 2006; Nicky and the Chocolate Sandwich, September 23, 2006; Alstroemeria, September 22, 2006; Mount Tamalpais from Euclid Avenue, September 22, 2006; Iris, September 20, 2006; Rainbow in the Mist, September 20, 2006; Ancient Bristlecone Pine, September 19, 2006; Bristlecone and Sierra Crest, September 19, 2006; Alabama Hills 1, September 19, 2006; Twin Lakes Autumn, September 19, 2006; Fourth of July Rose, September 19, 2006; Dreamweaver Rose, September 19, 2006; Waugh Lake, September 19, 2006; Rush Creek Crossing, September 19, 2006; Mount Whitney Sunrise, September 19, 2006; Thousand Island Lake, September 18, 2006; Half Dome from Olmstead Point, September 18, 2006; Lembert Dome, September 18, 2006; Capillarity I, September 18, 2006; Capillarity II, September 18, 2006; Frond, September 17, 2006; Red Gaillardia, September 16, 2006; Blue Gaillardia, September 16, 2006; Gaillardia, September 16, 2006; View from Glacier Point, September 15, 2006; Nevada Falls from Washburn Point, September 15, 2006; Half Dome, September 15, 2006; Bougainvillea, September 15, 2006; Gladiolus, September 15, 2006; Flowering Dogwood in Yosemite, September 13, 2006; Bridalveil Falls from Inspiration Point Trail, September 13, 2006; Bridalveil Creek in the Spring, September 13, 2006; .

Nevada Falls, September 12, 2006; Tree and Bridalveil Falls, September 12, 2006; Drop on a Dahlia, September 12, 2006; New York, New York, September 11, 2006; New York Skyline with World Trade Towers, September 10, 2006; Half Dome Reflected in Mirror Lake, September 8, 2006; Yosemite Valley from Inspiration Point, September 8, 2006; Red Dahlia, September 6, 2006; Petunia Neon Rose, September 6, 2006; Cone Flower, September 5, 2006; Generations, September 5, 2006; Golden Gate from Wildcat Peak, September 2, 2006; Morning in the Foothills, September 1, 2006; Summer Haze, August 31, 2006; Mirror Lake Reflections, August 31, 2006; Rio Grande near Taos, New Mexico, August 29, 2006; Flower in Shadow, August 29, 2006; Sunflower, August 29, 2006; Geography Lesson, August 27, 2006; Trophy, August 27, 2006; Mono Lake Sunset, August 25, 2006; Yosemite Falls in Winter, August 25, 2006; Tufa Towers, Mono Lake, August 24, 2006; Mount Conness Sunset, August 24, 2006; Currents of Light, August 23, 2006; Campfire in the Wilderness, August 23, 2006; Starry Night, August 21, 2006; Ghosts of Alcatraz, August 13, 2006; Sunflower, August 10, 2006; Two Heads Are Better Than One, August 10, 2006; Golden Gate from Grand View, August 7, 2006; Moon and Golden Gate Bridge, August 6, 2006; Zulu Prince, August 4, 2006; Beyond the Cliff, August 3, 2006; Water Worlds, August 2, 2006; Piercing the Veil, August 2, 2006; Night Bridge, August 2, 2006; There and Back Again, August 2, 2006; Moon over Point Bonita, August 1, 2006; Convergence, August 1, 2006;.

Origins of Life, August 1, 2006; Hawk Feather, August 1, 2006; Different Planets, July 31, 2006; Golden Gate Sunset with Flare, July 31, 2006; Sea of Drops 1, July 30, 2006; Living Fire, July 29, 2006; Phalaenopsis, July 29, 2006; Web-a-licious, July 28, 2006; Mathew Waking Up, July 28, 2006; Blowing out the candles, July 28, 2006; Sierra Point, July 27, 2006; A Visit to My Garden, July 27, 2006; McClamp Bubble, July 26, 2006; Twiggy, July 25, 2006; Water Marbles, July 25, 2006; Dahlia Drops, July 25, 2006; Party Time, July 25, 2006; Morning on the Stanislaus, July 24, 2006; Pink Drops, July 21, 2006; Signals, July 21, 2006; Big Drop, July 21, 2006; Getting the Drop, July 20, 2006; Dahlia Light, July 18, 2006; Tripping the Light Fantastic, July 18, 2006; Cone Head, July 17, 2006; Echinacea Harvest Moon, July 16, 2006; Candle, July 16, 2006; From the Bridge below Vernal Falls, July 15, 2006; Blue Rail, July 15, 2006; Zinnia Hiding, July 14, 2006; Cold, July 12, 2006; Julian Herds Geese, July 12, 2006; Sand Dollar, July 12, 2006; Bug, July 12, 2006; Rio Grande Gorge Bridge, July 11, 2006; Lobelia Drop 2, July 8, 2006; Lobelia Drop, July 8, 2006; The force that through the green fuse, July 7, 2006; Blizzard in Merced Gorge, July 7, 2006; Dropping, July 7, 2006;.

Sunlight on Alcatraz, July 6, 2006; Escapade, July 6, 2006; Within the Balloon Flower, July 5, 2006; Sweet Alyssum, July 5, 2006; Lurker, July 4, 2006; On Coneflower Hill, July 1, 2006; Inner Zinnia, July 1, 2006; Anther, July 1, 2006; Grouse Creek, July 1, 2006; Skim Ice, July 1, 2006; Winter on the Valley Floor, July 1, 2006; Cathedral Spires, July 1, 2006; Clearing Storm, Stanford Point, June 30, 2006; Spirit of the Wind, June 30, 2006; Yosemite Falls, June 30, 2006; Fog, June 30, 2006; Winter Storm, Yosemite, June 30, 2006; Mirror Lake, June 30, 2006; Death in Bodie, June 30, 2006; Little Flowers, June 30, 2006; Mallow, June 29, 2006; Flower Voyeur, June 29, 2006; Poppy Revealed, June 29, 2006; Anthers 1, June 28, 2006; Anthers 2, June 28, 2006; Balloon Flower, June 28, 2006; Echinacea Water Drop, June 28, 2006; Onward Coneflower Soldiers, June 28, 2006; Day Lily 2, June 28, 2006; Day Lily, June 28, 2006; My Garden Fence, June 26, 2006; Indian Paintbrush, June 25, 2006; Orange Rose, June 24, 2006; High Dive, June 24, 2006; Beneath the Dahlia, June 22, 2006; Lobelia Drop, June 20, 2006; Hard-Working Feet at Rest, June 19, 2006; Vernal Falls In Autumn, June 19, 2006; Flower Water Lights 1, June 18, 2006; Flower Water Lights 2, June 18, 2006;.

The More U Look The More U C, June 17, 2006; Light and Shadow, June 17, 2006; Dahlia Drop 3, June 17, 2006; Dahlia Drop 2, June 16, 2006; Light Drops, June 16, 2006; Wet Angel Face, June 16, 2006; Dahlia Drop, June 14, 2006; Inner Zinnia, June 14, 2006; Rose Heart, June 14, 2006; Trapped, June 13, 2006; Painted Tongue, June 13, 2006; Red Dahlia, June 13, 2006; Dahlia Glowing, June 13, 2006; Nicky Kiss, June 13, 2006; Dahlia Petal, June 13, 2006; White Rose, June 12, 2006; Bush Mallow, June 12, 2006; Heart Like a Mallow, June 12, 2006; Wet Dahlia, June 11, 2006; Zinnia, June 11, 2006; Songbird, June 10, 2006; Begonia Reflection, June 9, 2006; Heliotropic Bubble, June 9, 2006; Water Marbles, June 9, 2006; Blind Shadow, June 9, 2006; Sunshine and Water Drops on a Papaver Stem, June 8, 2006; Lost in the Funhouse, June 7, 2006; Poppy in the Sun, June 6, 2006; Clematis, June 6, 2006; Coreopsis Forest, June 6, 2006; Noon a Purple Glow, June 5, 2006; Sunshine beneath the Batik Iris, June 5, 2006; Irrigation 2, June 5, 2006; Irrigation 1, June 5, 2006; White Mallow, June 4, 2006; Mallow, June 3, 2006; Gazania Bud, June 1, 2006; Gladiola Cardinalus, June 1, 2006; Calochortus, May 31, 2006; Wildflower, May 31, 2006;.

Chinese House, May 31, 2006; Looking Down, May 30, 2006; Rainbow on the Mist Trail, May 30, 2006; Yan-o-pah, May 30, 2006; Cho-Lack, May 30, 2006; Spirit of the Wind, May 30, 2006; Snow Plant, May 30, 2006; View from Moro Rock, May 30, 2006; Butterflies on a Sock above Vernal Falls, May 30, 2006; Be the Bee, May 29, 2006; Peony Glowing, May 29, 2006; Penstemon 'Firebird', May 29, 2006; Biggest Un-Fisheyed, May 29, 2006; Biggest, May 29, 2006; Flowering Yucca, May 28, 2006; Drama Queen, May 28, 2006; Lily and Mascot, May 19, 2006; Dance of the Lily, May 19, 2006; Luminous Day Lily, May 19, 2006; Wing, May 17, 2006; Wolf Emerging, May 17, 2006; Garden Sculpture, May 16, 2006; Worlds without End, May 16, 2006; Drama Queen Emerging, May 15, 2006; Sunshine of the Flower Mind, May 13, 2006; Clover and Dandelion, May 13, 2006; Clover Bud, May 13, 2006; Trifolium, May 12, 2006; Delphinium, May 12, 2006; Lobelia, May 12, 2006; Columbine, May 12, 2006; Being in Clover, May 12, 2006; Dawn Chorus 2, May 10, 2006; Dawn Chorus 1, May 10, 2006; Eye of the Passiflora, May 8, 2006; Passionvine Flower, May 8, 2006; Ladybug, May 6, 2006; Tasmanian Tree Fern, May 5, 2006; Lobster Claw Detail, May 5, 2006; Lobster Claw, May 5, 2006;.

California Poppy Purple Gleam, May 4, 2006; Columbine 3, May 4, 2006; Columbine 2, May 4, 2006; Columbine 1, May 4, 2006; Columbine 7, May 4, 2006; Columbine 6, May 4, 2006; Columbine 5, May 4, 2006; Columbine 4, May 4, 2006; Heat Sink, May 1, 2006; Faerie Lanterns, May 1, 2006; Unfurling California Poppy, May 1, 2006; Hellebore Gone to Seed, May 1, 2006; Venus Fly Trap Digesting, April 29, 2006; Mallow, April 28, 2006; Batik Iris, April 25, 2006; Columbine, April 25, 2006; Iris's Secret, April 24, 2006; Dandelion Core, April 24, 2006; Ladybug, April 24, 2006; Wasp 2, April 23, 2006; Inside Love in a Mist, April 22, 2006; Looking up at Iris, April 22, 2006; Dragonfly, April 20, 2006; Love-in-a-Mist 2, April 20, 2006; Love-in-a-Mist, April 19, 2006; Gazania in Assembly, April 19, 2006; Gazania Center, April 19, 2006; Soft Gazania, April 19, 2006; Sunshine in the Gazania Forest, April 18, 2006; Just Hanging Around, April 18, 2006; Wet Gazania, April 18, 2006; Gazania Water Drop, April 18, 2006; Hello Sunshine, April 18, 2006; Coral Bells, April 17, 2006; Iris White Leaf, April 16, 2006; Iris Reflection, April 16, 2006; Iris, April 16, 2006; Iris Petal Pattern, April 16, 2006; Iris Outlined, April 16, 2006; Wet Iris Leaf 2, April 16, 2006;.

Wet Iris Leaf, April 16, 2006; Lonely Shore, April 16, 2006; Douglas's Iris, April 16, 2006; Flowers Cry Too, April 16, 2006; Waves on the Shore, April 15, 2006; Poppy Emerging, April 13, 2006; Orchid Water Drop, April 13, 2006; Twig Water Drop, April 13, 2006; Wet Cymbidium, April 12, 2006; Desert Rose Quartz, April 12, 2006; Strobe Poppy, April 12, 2006; Dahlia, April 12, 2006; Poppy Fur, April 11, 2006; Luminous Poppy, April 11, 2006; Meta Leaf, April 10, 2006; Here I Am, April 10, 2006; Sunlight 1, April 10, 2006; Sunlight 2, April 10, 2006; Sun Catcher, April 9, 2006; Water of Life, April 9, 2006; Wet Peony Leaves, April 9, 2006; Dandelion, April 9, 2006; Kiss Me, April 9, 2006; Ferraria Crispa, April 8, 2006; Spider Web Thistle, April 8, 2006; Wind, April 8, 2006; Good Morning Sun!, April 6, 2006; Drops on a Peony Leaf, April 6, 2006; Water Solids, April 6, 2006; Oxalis, April 6, 2006; Enchanted Forest, April 5, 2006; Magic Within, April 5, 2006; Yellow and Blue Flowers, April 4, 2006; Blue Worlds, April 4, 2006; Isopogon Formosus Water World 2, April 4, 2006; Isopogon Formosus Water World, April 4, 2006; Peony Revelation 2, April 3, 2006; Dahlia, April 3, 2006; Peony Parade, April 2, 2006; Kissing Jasmine, April 2, 2006;.

Peony Revelation 1, April 2, 2006; Garden Gate, April 1, 2006; Sunrise in the Freesia Forest, March 31, 2006; Fog Rising, Yosemite, March 31, 2006; White Flower, March 31, 2006; Abstract Peony 4, March 31, 2006; Day Lily Detail, March 31, 2006; Day Lily, March 31, 2006; Abstract Peony 3, March 30, 2006; Beach, March 30, 2006; Abstract Peony 2, March 30, 2006; Wet Boards, March 29, 2006; Abstract Peony 1, March 29, 2006; Flower in the Flower, March 28, 2006; Peony Landscape 1, March 28, 2006; Coyote, March 28, 2006; Tree Peony Flower 3, March 28, 2006; Tree Peony Flower 1, March 28, 2006; Tree Peony Flower 2, March 28, 2006; Tree Peony Flower 4, March 28, 2006; Tree Peony Bloom Emerging, March 28, 2006; Shooting Star, March 27, 2006; Leucospermum Forest, March 27, 2006; Peony Bush Leaf with Morning Frost, March 26, 2006; Morning Frost in Berkeley, March 26, 2006; Leucospermum Drop, March 25, 2006; Droplets and Reflections, March 25, 2006; Golden Gate Sunset, March 24, 2006; Morning Merced Ice, March 24, 2006; Ice on the Merced, March 24, 2006; Stellar's Jay, March 24, 2006; Yosemite Falls from across the Valley, March 24, 2006; Winter Cliff, March 24, 2006; Tipping the Velvet, March 23, 2006; Basking in the Poppy Sun, March 23, 2006; Poppy Emerging, March 23, 2006; White Poppy Opening, March 23, 2006; Mourning Becomes Camellia, March 22, 2006; California Poppy 3, March 21, 2006; California Poppy 2, March 21, 2006;.

California Poppy 1, March 21, 2006; California Poppy 4, March 21, 2006; Wet Flower, March 21, 2006; Nonpariel, March 21, 2006; Vernal Falls, March 19, 2006; Yosemite Valley, March 18, 2006; Julian and Nicky, March 17, 2006; Freesia 2, March 17, 2006; Freesia 1, March 17, 2006; Freesia 3, March 17, 2006; Lily of the Valley, March 17, 2006; Cactus Flower 2, March 17, 2006; Cactus Flower, March 17, 2006; Yosemite Falls from Sentinel Bridge, March 17, 2006; Along the Merced in Winter, March 16, 2006; Julian Making a Snow Angel, March 16, 2006; In the Sun, March 16, 2006; Glacier Point Cliff, March 15, 2006; Half Dome, March 15, 2006; Winter Reflections, Merced River, March 15, 2006; Yosemite Falls and Fog, March 15, 2006; Mirror Lake in Snow, March 15, 2006; Force of Nature, March 15, 2006; Wet Cymbidium, March 14, 2006; Watkins Pinnacles from Mirror Lake, March 14, 2006; Young Ranunculus, March 14, 2006; Wisteria 1, March 14, 2006; Wisteria 2, March 14, 2006; Emerging Ribbons 2, March 14, 2006; Emerging Ribbons 1, March 14, 2006; Coming Home, March 13, 2006; Holly, March 13, 2006; Daffodil, March 13, 2006; Snow in the Hills, March 13, 2006; Spadix, March 9, 2006; Entering the Sanctuary, March 9, 2006; Snow, March 8, 2006; More Emerging Ribbons, March 8, 2006; The Ribbons Emerge, March 8, 2006; Inside the Day Lily, March 8, 2006;.

Giving Tongue, March 8, 2006; Flower after Rain, March 7, 2006; Alyssum Bouquet, March 7, 2006; Lobelia, March 7, 2006; Sweet Alyssum, March 7, 2006; Tiarella, March 6, 2006; Dawn, Don Pedro Lake, March 6, 2006; Burning Cherry, March 6, 2006; Mysterious, March 5, 2006; Cherry Blossom from Behind, March 5, 2006; Glow, March 3, 2006; Rio Grande Gorge, March 3, 2006; Blue Feather, Boulder, March 3, 2006; Cloud Bow, March 3, 2006; Let the Fire Fall 2, March 3, 2006; Let the Fire Fall!, February 23, 2006; Clearing Storm, Yosemite, February 22, 2006; Dawn in the Flower Forest, February 16, 2006; Our Darling Nicky, February 16, 2006; Impatiens, February 16, 2006; Daffodil, February 16, 2006; Structure of the Trumpet Vine Flower, February 16, 2006; Poppy Cheeks, February 15, 2006; Wet Ranunculus in the Morning Sun, February 15, 2006; Happy Valentine's day!, February 14, 2006; Poppy Gone, February 13, 2006; Day Lily at Dawn, February 13, 2006; Convergence, February 13, 2006; Almost Paradise, February 13, 2006; Vertigo, February 13, 2006; Polyganum, February 13, 2006; Red Poppy Opening, February 12, 2006; Poppy Heart, February 12, 2006; Shadows, February 12, 2006; Poppy in the Sun, February 12, 2006; Shining Leaf, February 12, 2006; Strange Ranunculus, February 12, 2006; Velvet Trap, February 12, 2006; Raspberry Breadseed Poppy, February 11, 2006; Resurrection, February 11, 2006;.

Poppy Heart Like a Wheel, February 11, 2006; Gazania Petals, February 11, 2006; White Poppy, February 10, 2006; Red Poppy, February 10, 2006; Yellow Poppy, February 10, 2006; Young Leucospermum Profile, February 10, 2006; Garden in a Water Drop, February 10, 2006; Flower Tears, February 10, 2006; Snapdragon's Secret, February 10, 2006; Fire of Passion in the Cherry Heart, February 10, 2006; Pansy, February 9, 2006; Ranunculus, February 9, 2006; Imperfection, February 9, 2006; Wet Flower, February 9, 2006; Fire in the Sky, February 8, 2006; Cherry Heart, February 4, 2006; Cherry Crisp, February 4, 2006; World of Wonder, February 4, 2006; Cherry Blossom Special, February 4, 2006; Stars Like Diamonds, February 3, 2006; World Wide Web, February 3, 2006; Mathew in a Tunnel, February 3, 2006; Helleborus in the Rain, February 2, 2006; Solid Wetness, February 2, 2006; Water World, February 1, 2006; Leucospermum Scarlet Ribbons, February 1, 2006; Mirror World, January 31, 2006; Wet Camellia, January 31, 2006; Camellia Night, January 31, 2006; Camellia by Streetlight, January 31, 2006; Wet Poppy Bud, January 29, 2006; Newborn Mathew, January 29, 2006; Penance, January 28, 2006; Lenten Rose, January 28, 2006; Flowerific!, January 27, 2006; Petals, January 27, 2006; Light Show, January 27, 2006; Alone, January 26, 2006; Pistil Heart, January 26, 2006; African Daisy, January 26, 2006;.

Pistil and Pollen, January 26, 2006; Over the Edge, January 25, 2006; Merger, January 25, 2006; Centered, January 25, 2006; Perigee, January 25, 2006; Goose and Crane, January 24, 2006; Port of Oakland, January 24, 2006; Mathew in the Kitchen Sink, January 24, 2006; Sand Croc Rising, January 24, 2006; Nicky Hiding, January 24, 2006; Happy Julian, January 24, 2006; Sun Compression, January 24, 2006; Like a Rolling Sun, January 24, 2006; What Sun, January 24, 2006; Last Sun, January 24, 2006; Sun Trap, January 24, 2006; Very Close, January 22, 2006; Almost Gone, January 20, 2006; Going, Going, January 20, 2006; There Goes the Sun, January 20, 2006; Evangelical Light 5, January 20, 2006; Evangelical Light 4, January 20, 2006; Evangelical Light 3, January 20, 2006; Evangelical Light 2, January 20, 2006; Evangelical Light 1, January 20, 2006; Evangelical Light 6, January 20, 2006; Primroses in the Rain, January 19, 2006; Primula 8, January 19, 2006; Primula 7, January 19, 2006; Primula 6, January 19, 2006; Primula 5, January 19, 2006; Primula 9, January 19, 2006; Potato Vine Flower, January 19, 2006; Hydrangea, January 19, 2006; Golden Gate Sunset, January 18, 2006; Floating Leaf, January 18, 2006; Coneflower 4, January 18, 2006; Ruin, January 18, 2006; Bridge and Rock, January 18, 2006; Beyond the Cave, January 18, 2006;.

Melastomataceae 2, January 17, 2006; Melastomataceae, January 17, 2006; Kids and Kupkakes, January 16, 2006; Golden Gate Sunset, January 16, 2006; Golden Gate Sunset 3, January 16, 2006; San Francisco Sunset, January 16, 2006; Golden Gate Sunset 2, January 16, 2006; Coneflower 3, January 15, 2006; Playing in the Rain - Mathew, January 15, 2006; Playing in the Rain - Nicky, January 15, 2006; While Dad Takes Photos - Julian, January 15, 2006; Golden Gate, January 15, 2006; Yellow Bay Sunset, January 15, 2006; Coneflower 2, January 14, 2006; Coneflower 1, January 14, 2006; Pink Mink Detail, January 14, 2006; Pink Mink, January 14, 2006; Primula 4, January 13, 2006; Primula 3, January 13, 2006; Morning in the Hills, January 13, 2006; Falling, January 11, 2006; Water Queue, January 11, 2006; Primula 1, January 11, 2006; Primula 2, January 11, 2006; Guzmania 2, January 10, 2006; Guzmania 1, January 10, 2006; Guzmania 3, January 10, 2006; Monitor Lizard, January 10, 2006; Golden Shores, January 7, 2006; Farewell 2005, January 7, 2006; Mojave Mountains, January 7, 2006; Golden Gate Sunset, January 7, 2006; Sunset over the Straits of Carquinez, January 7, 2006; Sea Horse, January 7, 2006; Saguaro Silhouette Sunset, January 6, 2006; Saguaro Pattern, January 5, 2006; Saguaro Home, January 5, 2006; Saguaro Close, January 5, 2006; Saguaro Watching Construction, January 5, 2006; Saguaro Reaches for Heaven, January 5, 2006;.

Ken Hopper Group Portrait, January 5, 2006; Hopper Mobile, January 5, 2006; Birthday Wishes, January 5, 2006; Ken, January 5, 2006; Bay Sunset from Wildcat Peak, January 5, 2006; Golden Gate Glow, January 5, 2006; Santa Fe Train, January 4, 2006; Phyllis Happy, January 4, 2006; Nicky in the Sun, January 4, 2006; Mathew Exploring, January 4, 2006; Julian with Rock, January 4, 2006; Julian Photographer, January 4, 2006; Tracks, January 4, 2006; Winter Mojave Flower, January 3, 2006; Barstow Sunrise 4, January 3, 2006; Barstow Sunrise 3, January 3, 2006; Barstow Sunrise 1, January 3, 2006; Barstow Sunrise 2, January 3, 2006; Barstow Sunrise 5, January 3, 2006; Black and White Bristlecone 5, January 3, 2006; End of the Rain, January 3, 2006; After the Storm, January 3, 2006; Sunset near Bakersfield 2, January 2, 2006; Sunset near Bakersfield 1, January 2, 2006; Sunset near Bakersfield 3, January 2, 2006; Herbie the Love Bug Cake, January 2, 2006;.

**Names:** Davis, Harold

previous next

**Save, Print and Email (Help Page)**

Select Download Format Full Record Format for Print/Save

Enter your email address: Email

EXHIBIT 4


www.marieclaire.com/sex-love/a1624/defining-romance-part-two-080516/
Bookmarks
Filter Cases
marie claire
FASHION | BEAUTY | CELEBRITY | CAREER | LOVE
by RICH SANTOS
SHARE
TWEET
PIN
MOST READ
WEIRDLY SPECIFIC
'ING SITES FOR WHEN
I'VE E...
them do the word justice. To me, romance
is a memory you have of being with someone that stays with you forever. Within this
memory, you have sensory
recollection: smells, sounds (crickets
at night, waves, wind through leaves, voice), and visions (maybe the way the lights in
the surrounding city swirled around their face when you looked at them). In this sense,
you can have romantic memories
with friends/family as well as lovers, or even moments you remember when you
were alone.